So Ordered.

Signed this 19 day of June, 2018.

_____
Margaret Cangilos-Ruiz
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:
    JAMES C. HODELL

                  Debtors.

Chapter 7

Case No. 18-30699

### STIPULATION AND ORDER

DAVIDSON FINK, LLP, David L. Rasmussen, Esq., attorneys for HTD Leasing, LLC a/k/a CAB East, LLC d/b/a Ford Motor Credit Company, LLC (HTD Leasing, LLC) and Jessica G. Grady, attorney for Debtor, hereby stipulate and agree as follows:

1. The Debtor filed the instant Chapter 7 Bankruptcy on or about May 16, 2018.

2. The Debtor entered into a Motor Vehicle Lease Agreement, on or about May 12, 2018, for the purchase of 2018 Ford F150 VIN# 1FTEW1EG9JFC08117.

3. The debtor seeks to retain possession of the vehicle.

4. The parties have agreed as follows:

    a. The Debtor shall assume all terms of the Motor Vehicle Lease Agreement between HTD Leasing, LLC and his self, including, but not limited to Excess Wear and Use and Mileage.

    b.    The parties agree that in the event the Debtors should fail to pay his post-petition payments to HTD Leasing, LLC, or otherwise default under the terms of this Stipulation and Order, then a Notice of Default shall be sent to the debtor, and his attorney via regular mail. In the event the Debtor fails to cure the default within ten (10) days of said mailing, then the automatic stay, shall be vacated as to HTD Leasing, LLC upon the filing (on notice to Debtor and Debtor's attorney) of an affirmation of non-compliance and Order, vacating the stay of lien enforcement, as it pertains to the Debtor's 2018 Ford F150 VIN# 1FTEW1EG9JFC08117.

WHEREFORE, it is Stipulated and Ordered that the Motor Vehicle Lease Agreement between HTD Leasing, LLC and James C. Hodell dated May 12, 2018, for a 2018 Ford F150 VIN# 1FTEW1EG9JFC08117, is hereby Assumed.

Dated: _1 June_, 2018

_____
James C. Hodell, Debtor

Dated: _6/4_, 2018

_____
Jessica G. Grady, Attorney for Debtor

Dated: _6/13_, 2018

_____
David L. Rasmussen, Esq.
DAVIDSON FINK, LLP
Attorneys for HTD Leasing, LLC

####