United States Bankruptcy Court
Northern District of New York

In re

James C. Hodell

Debtor

Case No. 18-30699

Chapter 7

## Change of Address Form

*This form may be used by a Debtor or a party in interest to update their address pursuant to Local Bankruptcy Rules 4002-1(a) and 4002-2. A Debtor who wishes to update a creditor's address may also use this form. Upon completion, this form must be filed with the Court.*

Name/Title: _____James C. Hodell, Debtor_____
(Example: Joe Smith/Debtor)

Old Address: _____1209 Academy Street, Watertown, NY 13601_____

_____

New Address: _____409 Franklin Street, Watertown, NY 13601_____

Pro Se Debtors/Creditors provide your telephone number: _____

I hereby certify under penalty of perjury that the above information is true.

Dated: August 27, 2018          Signature: _____

                                Print Name: Jessica G. Grady_____

OLR: 4002 (01-12-2017)